CERTIFICATE OF SERVICE

I hereby certify that on September,17,2010 a copy of the foregoing documents was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following;

RE: Debtor, Sandra E. Kuhns, SSN-44854-8520, Case Number-3:10-bk-01807

* Notice of Bankruptcy - meeting of creditors & Deadlines

* Amended Schedule F

* Amended Creditors


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NY  89434

United Collection Bureau, Inc
P.O.Box 140190
Toledo, OH  43614-0190

Susquehana Bank
P.O. Box 1000
Lititz, PA  17543

HSBC Bank
P.O.Box 5253
Carol Stream, IL  60197

Martinsburg Radiology
300 Foxcroft Ave. Ste 202
Martinsburg, WV  25401-5341

*Sandra E Kuhns*
09/17/10